

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| JASON M. RICHARDSON | CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE | 856/757-5026 |
| Assistant United States Attorney | *401 Market Street, 4th Floor* | Fax: 856/968-4917 |
| | *Post Office Box 2098* | Direct Dial: 856/968-4869 |
| | *Camden, New Jersey 08101-2098* | |

December 30, 2025

**Via email criminalinfo@njd.uscourts.gov**
Melissa E. Rhoads, Esquire
Clerk of the Court
United States District Court
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza, 4th and Cooper Streets
Camden, New Jersey 08101

  ATTN:  Marcy Plye

  Re: <u>United States v. Zackary Sulpizi</u>

Dear Ms. Plye:

  The above-referenced defendant wishes to enter a guilty plea to the enclosed Information charging him with income tax and payroll tax evasion and bank fraud. Please accept this letter as a request that the matter be assigned to a District Judge. A copy of the proposed Information and a cover sheet are enclosed.

  The charges contained in the enclosed Information are related to the charges in the Information filed in *United States v. William Brent Stephens*, which was assigned to the Honorable Karen M. Williams, U.S.D.J. The charges against Mr. Sulpizi arise out of the same circumstances.

  Pursuant to Local Criminal Rule 18.1, this letter is submitted to inform you of the relationship of these cases so that you may determine whether this Indictment should be considered a related case and assigned to Judge Williams in the interests of judicial economy.

  Thank you for your attention in this matter.

        Very truly yours,

        TODD BLANCHE
        United States Deputy Attorney General

        PHILIP LAMPARELLO
        Senior Counsel

        ***S/Jason M. Richardson***
By:   JASON M. RICHARDSON
        Assistant U.S. Attorney

Encl.
cc:   Christpher St. John, Esquire (via email)